Mickey Jones
Homeless
Tempe, Arizona
MickeyVsTempe@gmail.com

Plaintiff, In Pro Per



In the United States District Court

In and for the District of the State of Arizona

| | |
|---|---|
| Mickey Jones | Case No.: CV-17-3578-PHX-JZB |
| Plaintiff, | ~~AMENDED~~ COMPLAINT |
| vs. | (Jury Trial Demanded) |
| City of Tempe - Defendant #1<br>Valley Metro - Defendant #2<br>Unknown private police agency - Defendant #3<br>Unknown police officer #1 - Defendant #4<br>Unknown police officer #2 - Defendant #5<br>Unknown police officer #3 - Defendant #6 | |
| Defendants | |

COMES NOW the Plaintiff, Mickey Jones, and for his complaint alleges and avers as follows.

### I. JURISDICTION AND VENUE

1. This action arises the First, Fourth and Fourteenth Amendments to the Constitution for the United States of America and Article II, §§ 4, 8, 10, 12, 13, 32, and 33 of the Constitution for the State of Arizona, and A.R.S. 13 § 1202.1, 2, 3, A.R.S. 13 § 1204.2 and A.R.S. 39 § 121.01 D1. Jurisdiction is conferred upon the Court under 28 U.S.C. § 1331 and 42 U.S.C. § 1983. Jurisdiction over the state pendant claims is conferred upon the Court under 28 U.S.C. § 1337.

-1-

2.   Venue is proper in this District Court as the Defendants are believed to reside within this district and all acts alleged occurred within this District

## II. PARTIES

3. The plaintiff is a single man and can be found in Maricopa County, Arizona.

4. Defendant #1 is the city of Tempe, Arizona a government entity.

5. Defendant #2 is Valley Metro a government entity that provides bus and light rail services to Tempe.

6. Defendant #3 is an unknown private business that provides police services to the city of Tempe and Valley Metro.

7. Defendant #4 is an unknown fat, obese, senior citizen police officer #1 who works for Defendant #3, and provides services to Defendants #1 and #2

8. Defendant #5 is an unknown police officer #2 who works for Defendant #3, and provides services to Defendants #1 and #2

9. Defendant #6 is an unknown police officer #3 who works for Defendant #3, and provides services to Defendants #1 and #2

## III. GENERAL STATEMENT

10. On Friday October 9, 2015, around 8:00 p.m. to 8:30 p.m. the Plaintiff had been collecting signatures to legalize marijuana at the Tempe Town Toilet, or Tempe Town Lake as the city of Tempe calls it and after finishing went to the light rail station on Mill Avenue & 3rd Street to catch the west bound light rail home.

11. The Plaintiff had a month long Valley Metro pass which was good until October 15, 2015. The pass was valid on the current day of October 9, and good for 5 more days into the future. So there is no question the Plaintiff was allowed on both the Valley Metro platform and on the Valley Metro trains. The pass can be seen here:

http://bureaucrats.100webspace.net/images new/IMG 2388.jpg

12. The Plaintiff saw a man who was passed out on the light rail platform. The man seemed to be either drunk or had a medical condition.

13. The Plaintiff saw 3 uninformed Valley Metro Police officers approach the man. They are not real police officers, but rent-a-cops that work for Defendant #3, an unknown private company. Those 3 Valley Metro Police Officers names are unknown and are Defendants #4, #5 and #6.

14. The government has spy cameras that videotape anybody that enters the Valley Metro light rail platform, so it should be fair for private citizens to video tape government agents on the platform.

15. There are no signs saying "no videotaping", and even if there were the signs would be unconstitutional per the 1st Amendment which gives citizens the right to document government conduct.

16. And there are Supreme Court decisions saying the public has the right to video tape the police.

17. The Plaintiff began videotaping Defendants #4, #5, and #6 as they started dealing with the man who was passed out on the light rail platform. The video can be seen here: https://youtu.be/0-NcaK599Fs

18. Defendant #4 approached the Plaintiff and violated his 1st and 14th Amendment rights by telling him "You can't videotape me unless I give you permission." There is no law that requires the Plaintiff to have permission from a cop or anyone else on public property to videotape them.

19. Defendant #4 then violated the Plaintiffs 4th Amendment rights by telling him "You are on private property. You can videotape me to the end of the property. Just keep walking." And then chasing the Plaintiff off of the property. The Plaintiff was chased onto 3rd Street. The

Plaintiff had a valid Valley Metro transit pass that was good till October 15 and a legal right to be on the light rail platform.

20. While Defendant #4 did ask for the Plaintiff's transit pass it was very clear that Defendant #4 was not interested in the Plaintiff's pass, but mainly concerned with violating the Plaintiff's right to video tape the police and stopping the Plaintiff from videotaping. Nor did Defendant #4 give the Plaintiff time to produce his pass.

21. The Arizona Public Records laws require government entities to respond to request for public records as soon as possible. On October 14, 2015, five days after the incident the Plaintiff sent an email to Valley Metro, Mark Mitchell, Corey Woods, Robin Arredondo Savage, Kristin Gwinn, Lauren Kuby, Joel Navarro and David Schapira. It's been almost two years and this request for public records was sent and the elected officials on the Tempe City Council and Valley Metro have still not fulfilled it which is a violation of the Plaintiff's 1st Amendment rights.

22. The request for public records asked for name of light rail cop who chased the Plaintiff of the platform, name of business that the light rail cops work for, copies of videotapes Valley Metro produces and copies of radio transmissions.

## IV. FIRST CAUSE OF ACTION

### Violation of Rights

23. The Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 22 of this complaint as if fully set forth herein.

24. As is more fully described the Plaintiff was falsely arrested and restrained of his liberty without reasonable suspicion or probable cause and without due process of law, and the plaintiff was prevented from shooting a video in an area which is open to the public, all in

violation of the First, Fourth and Fourteenth Amendments to the Constitution for the United States of America.

25. The Plaintiff's First, 14th Amendment and rights under the Arizona Revised Statutes were violated by the refusal of Tempe and Valley Metro government officials to give the Plaintiff "public records" of the incident.

## V. SECOND CAUSE OF ACTION

### False Arrest

26. The Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 22 of this complaint as if fully set forth herein.

27. As is more fully described the Plaintiff was falsely arrested and restrained of his liberty by the Defendants who knew full at the time that they did not have probable cause or reasonable suspicion to order the plaintiff off of the light rail platform.

WHEREFORE the Plaintiff respectfully requests that this Court:

A. Proceed with a trial by jury upon issues so triable; and,

B. Award the Plaintiff's damages of no less than $1,000,000; and

C. Award the Plaintiff's costs and fees incurred for the prosecution of this action;

D. Award such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 5 day of October, 2017

*[signature]*

        Mickey Jones
        Homeless
        Tempe, Arizona
        MickeyVsTempe@gmail.com
        Plaintiff, In Pro Per

**VERIFICATION**

I, Mickey Jones verify under penalty of perjury under the laws of the United States of America, that I am the Plaintiff herein, that I have read the foregoing Complaint, and that the same is true and correct that, based upon my knowledge, information, and belief, it is well-grounded as fact, is warranted by existing law or a good-faith argument for the extension, modification, or reversal of existing law, and is not interposed for any improper purpose.

Dated October 5, 2017  _____           _____
                                              Mickey Jones